UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN JOE LARA, | No. C 06-3138 MHP (pr) |
| Petitioner, | **ORDER** |
| v. | |
| JAMES A. YATES, warden, | |
| Respondent. | |

Petitioner's motion for default judgment is DENIED. (Docket # 32.) Respondent is not and was not in default when the motion was filed.

Petitioner sent another document (docket # 33) in which he asked two questions in need of answers. First, he asked whether he needs to change the name of the respondent because he has been moved to a new prison. The answer is that he does not need to do so. Second, he asked whether he has a new deadline is in light of the extension of time granted to respondent. The answer is that his deadline is extended by a like amount as the respondent obtained. Petitioner must file and serve his traverse no later than **July 24, 2009**. (The court notes with dismay that respondents in habeas actions repeatedly submit proposed orders for extensions of time that provide new deadlines for them but not for petitioners, which creates needless confusion for unrepresented petitioners.)

IT IS SO ORDERED.

DATED: May12, 2009

Marilyn Hall Patel
United States District Judge